UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| COBRA ENTERPRISES, INC., DENALI 380 | ) | |
| PISTOL, SERIAL NO. K18208; | ) | |
| | ) | |
| COBRA ENTERPRISES, INC. FS380 PISTOL, | ) | |
| SERIAL NO. FS115401; and | ) | |
| | ) | |
| FORTY-SEVEN ROUNDS OF 380 CALIBER | ) | |
| WINCHESTER WESTERN AMMUNITION; | ) | |
| | ) | |
| Defendants. | ) | |

## VERIFIED COMPLAINT OF FORFEITURE *IN REM*

COMES NOW, Plaintiff the United States of America, by and through its attorneys, Jeffrey

B. Jensen, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman,

Assistant United States Attorney, for said district, and brings this verified complaint for forfeiture

in a civil action *in rem* against the defendant property, namely: one Cobra Enterprises, Inc., Denali

380 pistol, Serial No. K18208 (the "Denali pistol"); one Cobra Enterprises, Inc., FS380 pistol,

Serial No. FS115401 (the "FS380 pistol"); and forty-seven rounds of 380 caliber Winchester

Western ammunition (collectively, the "defendant property"), and alleges as follows:

### Nature of the Action and the Defendant *In Rem*

1.     This *in rem* civil action arises from an investigation by the Bureau of Alcohol,

Tobacco, Firearms and Explosives (the "ATF") of Jason Schmidt ("Schmidt") and Danielle Grey

("Grey") related to the unlawful possession of the defendant property in violation of Title 18,

United States Code, Section 922. The defendant property is subject to forfeiture pursuant to Title 18, United States Code, Section 924 as being involved in or used in knowingly violations of Title 18, United States Code, Sections 922 and 924.

## Jurisdiction and Venue

2.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355, and 28 U.S.C. § 1395(c).

3.     Venue is proper pursuant to 28 U.S.C. § 1355(b)(1)(A) because the acts and omissions giving rise to forfeiture took place in the Eastern District of Missouri. The defendant property was purchased and stored in the Eastern District of Missouri.

4.     Venue is also proper pursuant to 28 U.S.C. § 1395(b) because the defendant property was seized in the Eastern District of Missouri.

## Statutory Framework

5.     Title 18, United States Code, Section 922(g)(1) makes it unlawful for a person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

6.     Title 18, United States Code, Section 922(g)(3) makes it unlawful for a person who is an unlawful user of or addicted to any controlled substance to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

7.     Title 18, United States Code, Section 922(d) makes it unlawful for any person to sell or otherwise dispose of any firearm or any ammunition to any person knowing or having reasonable cause to believe that such person is, *inter alia*, under indictment for, or has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, or is an unlawful user of or addicted to any controlled substance.

8.     Title 18, United States Code, Section 922(a)(6) makes it unlawful for any person in connection with the acquisition or attempted acquisition of any firearm or ammunition from a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, knowingly to make any false or fictious oral or written statement or to furnish or exhibit any false, fictitious, or misrepresented identification, intended or likely to deceive such importer, manufacturer, dealer, or collector with respect to any fact material to the lawfulness of the sale or other disposition of such firearm or ammunition.

9.     Title 18, United States Code, Section 922(k) makes it unlawful for any person knowingly to transport, ship, or receive, in interstate or foreign commerce, any firearm which has had the importer's or manufacturer's serial number removed, obliterated, or altered or to possess or receive any firearm which has had the importer's or manufacturer's serial number removed, obliterated, or altered and has, at any time, been shipped or transported in interstate or foreign commerce.

10. Pursuant to Title 18, United States Code, Section 924(d), any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(a)(6), (g) or (k), or willful violation of Title 18, United States Code, Section 922(d), shall be subject to seizure and forfeiture.

## Facts Giving Rise to Forfeiture

11.　　Schmidt is a convicted felon.

12.　　Schmidt lives with his girlfriend, Grey, at a residence in St. Louis, Missouri (the "Residence").

13.　　On or about September 2, 2017, Schmidt and Grey together attended a gun show in St. Charles, Missouri.

14.　　On the same date, prior to their attendance at the gun show, Schmidt posted messages on Facebook showing that he intended to purchase and possess a firearm.　For example, at approximately 7:15 am, Schmidt posted on Facebook a picture of a gun lock,[1] and stated "BOUT TO FILL THIS UP. WHO UP AND GETTING READY FOR THIS GUN SHOW." *See* Exhibit A.

15.　　At the time, Schmidt knew that he is not legally allowed to purchase or possess a firearm due to his criminal record, and posted messages on Facebook to that effect.　For example, at approximately 12:12 pm, Schmidt posted on Facebook the following message: "WILL I GET LOCKED UP IF I GOT A WARRANT AT THA GUN SHOW…?...I KNOW HOW PETTY ST. CHARLES IS. ASKIN FOR MYSELF…….." *See* Exhibit B.

16.　　At the gun show, at approximately 1:00 pm, using funds provided by Schmidt, Grey purchased the Denali pistol and the FS380 pistol from Rawhide Gun & Pawn, a licensed firearms dealer based in Lebanon, Missouri, for $323.　Grey made oral and written representations to the dealer that she was purchasing the firearms for herself.

17.　　The Denali pistol and FS380 pistol, both manufactured by Cobra Enterprises, were shipped or transported in interstate or foreign commerce.

---

1 A gun lock is a safety device for securing a firearm.

18.     At approximately 2:13pm, Schmidt posted a message on Facebook stating "TWO 380'z FOE LESS DEN $380.00 NNNDD WE OUT!!!"   *See* Exhibit C.

19.     Thereafter, the Denali pistol and the FS380 pistol were transported to the Residence, where both Schmidt and Grey live together.

20.     At all times, both Schmidt and Grey had complete, regular and unfettered access to both firearms, in addition to ammunition for each, and both Schmidt and Grey regularly handled the firearms and the ammunition.

21.     On at least one occasion, Schmidt posted a picture on Facebook showing him to be in possession of the defendant property.   For example, on or about September 15, 2017, at approximately 9:04 pm, Schmidt posted a picture of the FS380 pistol on his hip, with the following message: "ERRBODY OUTSIDE IM IN LIKE."   *See* Exhibit D.

22.     On or about September 19, 2017, ATF agents conducted a consent search of the Residence whereupon the defendant property was discovered and seized.   The defendant property was found in a closet attached to a bedroom that was used by both Schmidt and Grey.   The FS380 pistol was loaded with seven rounds.   The Denali pistol had a gun lock through the magazine well and the upper receiver, and was found next to a magazine loaded with five rounds.

23.     The serial number plate of the Denali pistol had been removed.

24.     In the basement of the Residence were two marijuana grow rooms.   Grey admitted to agents that Schmidt and Grey had previously grown and sold marijuana.

25.     Agents also found illegal narcotics in an unmarked plastic bag in the top right dresser drawer of the bedroom.   Grey admitted that Schmidt had purchased the narcotics on the street for Grey for her to use for her back pain.

26.     On at least one occasion, Schmidt has posted on Facebook that he uses marijuana. For example, on or about September 1, 2017, at approximately 6:59 am, Schmidt posted the following message: "I HATE THIS FEELIN. FINNA TRY N SMOKE MYSELF SILLY." *See* Exhibit E. On the same date, approximately three hours later, Grey posted a response to this message. *Id.*

## COUNT ONE – FORFEITURE
### (18 U.S.C. § 924(d))

27.     The United States incorporates by reference the allegations set forth in Paragraphs 1 to 26 above as if fully set forth herein.

28.     Schmidt is a convicted felon who knowingly possessed, both actually and constructively, the defendant property, consisting of two firearms and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

29.     As such, the defendant property is subject to forfeiture, pursuant to Title 18, United States Code, Section 924(d), as any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g).

## COUNT TWO – FORFEITURE
### (18 U.S.C. § 924(d))

30.     The United States incorporates by reference the allegations set forth in Paragraphs 1 to 26 above as if fully set forth herein.

31.     Schmidt and Grey are both unlawful users of or are addicted to controlled substances who knowingly possessed the defendant property, consisting of two firearms and ammunition, in violation of Title 18, United States Code, Section 922(g)(3).

6

32.     As such, the defendant property is subject to forfeiture, pursuant to Title 18, United States Code, Section 924(d), as any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g).

### COUNT THREE – FORFEITURE
**(18 U.S.C. § 924(d))**

33.     The United States incorporates by reference the allegations set forth in Paragraphs 1 to 26 above as if fully set forth herein.

34.     Grey provided the defendant property to Schmidt knowing and having reasonable cause to believe that Schmidt has been convicted of a felony and is an unlawful user of or addicted to a controlled substance in violation of Title 18, United States Code, Sections 922(d)(1) and (3).

35.     As such, the defendant property is subject to forfeiture, pursuant to Title 18, United States Code, Section 924(d), as any firearm or ammunition involved in or used in any willful violation of Title 18, United States Code, Section 922(d).

### COUNT FOUR – FORFEITURE
**(18 U.S.C. § 924(d))**

36.     The United States incorporates by reference the allegations set forth in Paragraphs 1 to 26 above as if fully set forth herein.

37.     Grey knowingly made false and fictitious oral and written statements to a licensed dealer of firearms that were intended and likely to deceive when she represented that she was purchasing the Denali pistol and FS380 pistol for herself, such representation being a material fact to the lawfulness of the sale of the firearms because the firearms were actually being purchased on behalf of Schmidt, who is a convicted felon who cannot legally purchase or possess such firearms, all in violation of Title 18, United States Code, Section 922(a)(6).

7

38.     As such, the defendant property is subject to forfeiture, pursuant to Title 18, United States Code, Section 924(d), as any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(a)(6).

**COUNT FIVE – FORFEITURE**
**(18 U.S.C. § 924(d))**

39.     The United States incorporates by reference the allegations set forth in Paragraphs 1 to 26 above as if fully set forth herein.

40.     Schmidt and Grey knowingly possessed the Denali pistol which had its serial number removed, obliterated and altered, and which had been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(k).

41.     As such, the Denali pistol is subject to forfeiture, pursuant to Title 18, United States Code, Section 924(d), as any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(k).

8

## Prayer for Relief

WHEREFORE, Plaintiff prays that notice issue on the defendant property as described above; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that a warrant of arrest in rem be issued according to law; that judgment be entered declaring that the defendant property be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Kyle T. Bateman*
KYLE T. BATEMAN, #996646DC
Assistant United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102

9

## **VERIFICATION**

I, Special Agent Michael McGrath, hereby verify and declare under penalty of perjury that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, that I have read the foregoing Verified Complaint in rem and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____ 1-19-10 _____
                      (date)


_____
Michael McGrath
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Jason Schmidt**
September 2 at 7:15am · 🌐

···

BOUT TO FILL THIS UP.
WHO UP AND GETTING READY FOR THIS GUN SHOW.





How often do they have it?

Like · 🔵 1 · September 2 at 5:28pm

↳ ▮▮▮▮▮▮▮ replied · 2 Replies

U went to gun show me too this wat im getting

Like · 🔵 2 · September 2 at 9:37pm

↳ 🖼 Jason Schmidt replied · 8 Replies

**Jason Schmidt**                                                    •••
September 2 at 12:12pm · 🌐

WILL I GET LOCKED 🔒 UP IF I GOT A WARRANT AT THA GUN SHOW...?...
I KNOW HOW PETTY ST. CHARLES IS.

ASKIN FOR MYSELF......😳😳😳😳

👍 Like        ↪ Share

👍😆 13

View 4 more comments

If you got a warrant and try to buy a gun its go pop up though

**Jason Schmidt**
September 2 at 2:13pm · 🌐

···



👍 Like    ↪ Share

😊😍😮 16

View 1 more comment



When it's over
Like · ⬤ 1 · September 2 at 2:41pm
↪ 🙂 Jason Schmidt replied · 3 Replies

Damn I need to get there.
Like · ⬤ 1 · September 2 at 3:09pm

**Jason Schmidt**
September 15 at 9:04pm · 🌐

😎😎😎





**Jason Schmidt**
September 1 at 6:59am · 🌐
···

# I HATE THIS FEELIN.
# FINNA TRY N SMOKE MYSLEF SILLY 😜 😆

👍 Like    ↪ Share

👍😱😢 9

███ Man i hate feeling i have too, smoking only helped a lil
Like · 😢 1 · September 1 at 7:07am
↳ 🖼 Jason Schmidt replied · 1 Reply

**Danielle Grey** U hate what feeling
Like · 👍 1 · September 1 at 9:43am
↳ 🖼 Jason Schmidt replied · 1 Reply

**Jason Schmidt**
August 31 at 6:24pm · 🌐
···

GONE LUH CUZZ. 😆😆😆
TELL DEY ASS

███████
August 31 at 5:48pm · 🌐

℘JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

## DEFENDANTS

**(b)**  County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II.  BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893  Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V.  ORIGIN (Place an "X" in One Box Only)

☐ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
another district
(specify)

☐ 6   Multidistrict
Litigation

☐ 7   Appeal to District
Judge from
Magistrate
Judgment

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing  (**Do not cite jurisdictional statutes unless diversity**):

Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII.  RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT                  APPLYING IFP                  JUDGE                  MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.  (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence.  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys.  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.  Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.

United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases.)

**III.  Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.  Nature of Suit.**  Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive.

**V.  Origin.**  Place an "X" in one of the seven boxes.

Original Proceedings.  (1) Cases which originate in the United States district courts.

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.

Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.

Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.

Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment.  (7) Check this box for an appeal from a magistrate judge's decision.

**VI.  Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity**.  Example:  U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.  Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand.  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases.**  This section of the JS 44 is used to reference related pending cases if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**.  Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

```
                              ,        )
                     plaintiff,        )
                                       )
        v.                             )        Case No.
                                       )
                              ,        )
                     defendant.        )
```

# ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

THIS CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER_____

AND ASSIGNED TO THE HONORABLE JUDGE_____.

NEITHER THIS CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT,

PREVIOUSLY HAS BEEN FILED IN THIS COURT, AND THEREFORE MAY BE

OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date:_____

_____
Signature of Filing Party

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| COBRA ENTERPRISES, INC., DENALI | ) | |
| 380 PISTOL, SERIAL NO. K18208; | ) | |
| | ) | |
| Defendant. | ) | |

## WARRANT FOR ARREST OF PROPERTY

TO: THE UNITED STATES MARSHAL AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER FOR THE EASTERN DISTRICT OF MISSOURI

Whereas, on January 19, 2018, the United States of America filed a Verified Complaint for Civil Forfeiture in the United States District Court for the Eastern District of Missouri, against the above-named defendant property, alleging that said property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the defendant property is currently in the possession, custody, or control of the United States; and

WHEREAS, in these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE, you are hereby commanded to arrest the above-named defendant property by serving a copy of this warrant on the custodian in whose possession, custody, or

control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court,

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

GREGORY J. LINHARES, CLERK
United States District Court


By: _____
Deputy Clerk

Date: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| COBRA ENTERPRISES, INC. FS380 | ) | |
| PISTOL, SERIAL NO. FS115401; | ) | |
| | ) | |
| Defendant. | ) | |

**WARRANT FOR ARREST OF PROPERTY**

TO: THE UNITED STATES MARSHAL AND/OR ANY OTHER DULY AUTHORIZED
LAW ENFORCEMENT OFFICER FOR THE EASTERN DISTRICT OF MISSOURI

Whereas, on January 19, 2018, the United States of America filed a Verified Complaint for

Civil Forfeiture in the United States District Court for the Eastern District of Missouri, against

the above-named defendant property, alleging that said property is subject to seizure and civil

forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the defendant property is currently in the possession, custody, or control of the

United States; and

WHEREAS, in these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of the

Court to issue an arrest warrant in rem for the arrest of the defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be

delivered to a person or organization authorized to execute it;

NOW THEREFORE, you are hereby commanded to arrest the above-named defendant

property by serving a copy of this warrant on the custodian in whose possession, custody, or

control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court,

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

GREGORY J. LINHARES, CLERK
United States District Court


By: _____
Deputy Clerk

Date: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| FORTY-SEVEN ROUNDS OF 380 | ) | |
| CALIBER WINCHESTER WESTERN | ) | |
| AMMUNITION; | ) | |
| | ) | |
| Defendant. | ) | |

**WARRANT FOR ARREST OF PROPERTY**

TO:  THE UNITED STATES MARSHAL AND/OR ANY OTHER DULY AUTHORIZED
LAW ENFORCEMENT OFFICER FOR THE EASTERN DISTRICT OF MISSOURI

Whereas, on January 19, 2018, the United States of America filed a Verified Complaint for

Civil Forfeiture in the United States District Court for the Eastern District of Missouri, against

the above-named defendant property, alleging that said property is subject to seizure and civil

forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the defendant property is currently in the possession, custody, or control of the

United States; and

WHEREAS, in these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of the

Court to issue an arrest warrant in rem for the arrest of the defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be

delivered to a person or organization authorized to execute it;

NOW THEREFORE, you are hereby commanded to arrest the above-named defendant

property by serving a copy of this warrant on the custodian in whose possession, custody, or

control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court,

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

GREGORY J. LINHARES, CLERK
United States District Court

By: _____
Deputy Clerk

Date: _____